

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**DAWN BURZYNSKI**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:07-CR-299 (GHL)

_Robert Bogdan, Esq. (CJA)_
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX  guilty __ nolo contendere] as to count(s)   1 as amended on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Operating motor vehicle while ability was impaired by alcohol, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.1 of the New York State Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:**   June 11, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $250.00 and special assessment of $5.00.  Total amount of the fine and special assessment amounts to $255.00, payable no later than January 12, 2008.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** original counts 1, 2, and 3 of the Information are dismissed on motion of the Government.

_December 12, 2007_
Date of Imposition of Sentence

_December 19, 2007_
DATE SIGNED

_[signature]_
GEORGE H. LOWE
U.S. Magistrate Judge